ROY POPE aka RAYMOND POPE, Appellant, *v.* SHERIFF, CLARK COUNTY, NEVADA, Respondent.

No. 10842

June 28, 1978                                                 580 P.2d 124

*Morgan D. Harris,* Public Defender, and *Michael L. Miller,* Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General, Carson City; *George E. Holt,* District Attorney, and *Gerald D. Waite,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

Roy Pope appeals from a district court order which denied his petition for a writ of habeas corpus. The identical issue Pope raises was resolved in favor of his co-defendant, Clarence Clark in Clark v. Sheriff, 94 Nev. 364, 580 P.2d 472 (1978). For the same reasons stated in *Clark,* we reverse the order of the district court with instructions to grant the petition for a writ of habeas corpus filed by Roy Pope.